IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDWARD RONNY ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-00720 |
| | ) | Judge Aleta A. Trauger |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Magistrate Judge has issued a Report and Recommendation ("R&R") (Doc. No. 13), recommending that defendant Allstate Insurance Company's Motion for Summary Judgment be granted under Rule 56(f), on grounds not raised in Allstate's motion: that the plaintiff's claims against Allstate under 42 U.S.C. § 1983 are necessarily without merit because the Complaint fails to adequately allege that Allstate is a state actor for purposes of § 1983.

For the reasons explained in the accompanying Memorandum, the plaintiff's Written Objections (Doc. No. 14) and Specific Objections (Doc. No. 15) (collectively, "Objections") to the R&R are **OVERRULED**; the R&R is **ACCEPTED**; and defendant Allstate Insurance Company's Motion for Summary Judgment (Doc. No. 6) is **GRANTED** based on the plaintiff's failure to state a claim for which relief may be granted under 42 U.S.C. § 1983. This case is **DISMISSED WITH PREJUDICE**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge